```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| ROBERT E. TODD, | : |
|     Plaintiff, | : |
| vs. | : |
| MICHAEL J. ASTRUE, | :     CIVIL ACTION 09-0318-M |
| Acting Commissioner of Social Security, | : |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Robert E. Todd and against Defendant Michael J. Astrue.

DONE this 9th day of November, 2009.

                                              s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE