IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT E. TODD, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 09-0318-M
:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's counsel, Byron A. Lassiter, be **AWARDED** an EAJA attorney's fee in the amount of $3,548.39.

DONE this 1st day of March, 2010.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE