IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
ROBERT E. TODD,                        :
                                       :
     Plaintiff,                        :
                                       :
vs.                                    :      CIVIL ACTION 09-0318-M
                                       :
MICHAEL J. ASTRUE,                     :
Commission of Social Security,         :
                                       :
     Defendant.                        :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's attorney's Motion be **GRANTED (Doc. 27)**; that Plaintiff's attorney, Byron A. Lassiter, be **AWARDED** a fee in the amount of $1,939.75 for his services before this Court; that Lassiter be allowed to **RETAIN** $3,548.39, the amount previously awarded under EAJA; that Lassiter pay Plaintiff $1,939.75, the sum representing the fee being awarded under § 406(b); and that Lassiter be **AWARDED** the amount of $350.00, representing the Court filing fee, pursuant to the previous Order and Judgment, entered on March 3, 2010 (Docs. 25-26).

DONE this 24th day of October, 2011.

                                             s/BERT W. MILLING, JR.
                                             UNITED STATES MAGISTRATE JUDGE